UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 10-mj-1065 MG |
| ) | JUDGE GRIFFIN |
| WILLIAM C. COOPER ) | |

### GOVERNMENT'S MOTION TO SEAL

COMES NOW the United States of America, by and through Assistant United States Attorney, and respectfully requests that the arrest warrant and complaint filed in this matter be placed under seal until otherwise ordered by the Court in order to ensure the safety of executing officers and agents.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

s/ Philip H. Wehby
_____
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
(615) 736-5151

GRANTED
[signature]
July 19, 2010

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN
JUL 19 2010
BY_____ DEPUTY CLERK