UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 10-mj-1065 MG |
| ) | JUDGE GRIFFIN |
| WILLIAM C. COOPER ) | |

### GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the arrest warrant and complaint filed in this matter be unsealed as the defendant has now been arrested by agents.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

*s/ Philip H. Wehby*

PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
(615) 736-5151

GRANTED

*[signature]*
7-21-10