IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUL 21 2010
BY_____ DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 10-mj-1065 |
| | ) | |
| WILLIAM C. COOPER | ) | |

## ORDER

Upon motion of the Government, it is hereby ORDERED that the all documents in this case are placed under seal.

It is so ORDERED this the 21st day of July, 2010.

_____
JULIET GRIFFIN
United States Magistrate Judge

2